WILLIAM SKINNER, Respondent, *v.* LE ROY HYDRAULIC ELECTRIC GAS COMPANY, Appellant.

*Skinner* v. *Le Roy Hydraulic El. Gas Co.*, 115 App. Div. 895, appeal dismissed.

(Argued Febuary 18, 1907; decided February 26, 1907.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 10, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the questions involved.

*Edward Harris, Jr.*, for motion.

*George D. Reed* opposed.

Motion denied and appeal dismissed, with costs, and ten dollars costs of motion.

---

HANNAH K. GIBBONS, Appellant, *v.* PHILIP BEROLZHEIMER, Respondent.

Reported below, 103 App. Div. 609.

(Argued February 18, 1907; decided February 26, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to redeem certain shares of stock or to recover for the value thereof.

The motion was made upon the ground that the appeal had not been perfected by filing the required undertaking.

*M. E. Harby* for motion.

*Ralph Stout* opposed.

Motion denied, with ten dollars costs.